# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| ALEXANDRA M. RABE, | |
|---|---|
| Plaintiff, | |
| vs. | 2:19-cv-01309-RFB-VCF |
| CAESARS ENTERTAINMENT CORPORATION; CORNER INVESTMENT COMPANY, LLC d/b/a THE CROMWELL HOTEL & CASINO; DOES I through X, inclusive; and ROE CORPORATIONS 1 through X, inclusive, | **ORDER** |
| Defendants. | |

Before the court is Defendants' Request to Continue Early Neutral Evaluation Session (ECF NO. 12).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendants' Request to Continue Early Neutral Evaluation Session (ECF NO. 12) must be filed on or before December 9, 2019.

DATED this 2nd day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE