# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ALEXANDER M. RABE,

        Plaintiff,

vs.

CAESARS ENTERTAINMENT CORPORATION, *et al.*,

        Defendants.

2:19-cv-01309-RFB-BNW

**ORDER**

Before the court is Defendants' Request to Continue Early Neutral Evaluation Session (ECF NO. 12).

No opposition has been filed.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Request to Continue Early Neutral Evaluation Session (ECF NO. 12) is GRANTED.

IT IS FURTHER ORDERED that the Early Neutral Evaluation Session scheduled for January 27, 2020, is VACATED, and RESCHEDULED to 10:00 AM, February 12, 2020. All else as stated in the order (ECF NO. 10) setting the ENE remains unchanged.

DATED this 10th day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE